1 **CAROL ANN MOSES #164193**
Attorney at Law
2 545 East Alluvial, Suite 112
Fresno, California 93720
3 Telephone (559) 449-9069
Facsimile (559) 449-9016
4

5 Attorney for Defendant, MARILOU CHACEY

6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES GOVERNMENT,              )    CASE #6:05-mj-00263-WMW
                                          )
11           Plaintiff,                   )
                                          )    STIPULATION & ORDER FOR
12                                        )    TRIAL SETTING ON
                                          )    JULY 5, 2006
13 vs                                     )
                                          )
14                                        )
                                          )
15 MARILOU CHACEY                         )
                                          )
16           Defendant.                   )
   _____)
17                                        )

18     IT IS HEREBY STIPULATED by and between the Defendant, MARILOU CHACEY,

19 her Attorney of record, Carol Ann Moses, and the Legal Officer for the United States

20 Government, ELIZABETH WALDOW, that the Status Conference in the in the above-captioned

21 matter currently scheduled for April 25, 2006, at 10:00 a.m. be continued and the matter set for

22 Trial on July 5, 2006  at 10:00 a.m.

23 Dated: April 24, 2006

24                                          By:  /S/ Carol Ann Moses
                                                 CAROL ANN MOSES
25                                               Attorney for Defendant
                                                 MARILOU CHACEY
26 Dated: April 24, 2006
                                            By:  /S/ Elizabeth Waldow
27                                               Elizabeth Waldow
                                                 Legal Officer for
28                                               United States Government
                                                 As authorized on 6/24/06

---
1
STIPULATION TO CONTINUE  STATUS CONFERENCE AND ORDER THEREON

* * * ORDER * * *

The Court, having reviewed the above request for a Continuance of Status Conference and to set matter for trial on July 5, 2006 and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The Status Conference Hearing for Defendant, MARILOU CHACEY, shall be continued and the matter set for trial on July 5, 2006 at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   April 25, 2006            /s/  William M. Wunderlich**
mmkd34UNITED STATES MAGISTRATE JUDGE