1  **CAROL ANN MOSES #164193**
Attorney at Law
2  545 East Alluvial, Suite 112
Fresno, California 93720
3  Telephone (559) 449-9069
Facsimile (559) 449-9016

4

5  Attorney for Defendant, MARILOU CHACEY

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES GOVERNMENT,        )    CASE #6:05-mj-00263-WMW
                                     )
11              Plaintiff,           )
                                     )    STIPULATION & ORDER TO
12                                   )    VACATE TRIAL DATE AND
                                     )    SET MATTER FOR
13  vs                               )    CHANGE OF PLEA
                                     )
14                                   )
                                     )
15  MARILOU CHACEY,                  )
                                     )
16              Defendant.           )
                                     )
17  _____ )

18        IT IS HEREBY STIPULATED by and between the Defendant, MARILOU CHACEY,

19  her Attorney of record, Carol Ann Moses, and the Legal Officer for the United States

20  Government, ELIZABETH WALDOW, that the Trial Date in the above-captioned matter

21  currently scheduled for July 5, 2006, at 10:00 a.m. be vacated and the matter be set for Change

22  of Plea on July 18, 2006 at 10:00 a.m.

23  Dated: June 19, 2006

24                                        By:  /S/ Carol Ann Moses
                                              CAROL ANN MOSES
25                                            Attorney for Defendant
                                              MARILOU CHACEY
26  Dated: June 19, 2006

27                                        By:  /S/ Elizabeth Waldow
                                              Elizabeth Waldow
                                              Legal Officer for
28                                            United States Government
                                              As authorized on 6/19/06

1

2                                    * * * ORDER * * *

3          The Court, having reviewed the above request to vacate Trial Date and to set matter for

4    Change of Plea on July 18, 2006 Order Thereon, HEREBY ORDERS AS FOLLOWS:

5          1.      The Trial Date of July 5, 2006 for  Defendant, MARILOU CHACEY, shall be

6                  vacated and the matter set for change of plea on July 18, 2006 at 10:00 a.m.

7

8    Dated: _____, 2006
                                                     By: _____
9                                                        WILLIAM M WUNDERLICH
                                                         United States Magistrate Judge
10

11                                          IT IS SO ORDERED.

         **Dated:    June 20, 2006            /s/  William M. Wunderlich**
12              mmkd34UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28